Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*JS Products, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARA MEIERKORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JS PRODUCTS, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 2:19:cv-00461-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

///

///

///

attorneys' fees and costs.

Dated this 18 day of October, 2019.

| REMPFER MOTT LUNDY, PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ Joseph N. Mott | /s/ |
| Joseph N. Mott, Bar #12455 | Deverie J. Christensen, Bar #6596 |
| Scott E. Lundy, Bar #14235 | Daniel I. Aquino, Bar #12682 |
| 10091 Park Run Drive., Suite 200 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Tara Meierkord* | *JS Products, Inc.* |

**ORDER**

IT IS SO ORDERED.
Dated this 21 day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

4841-9833-5658, v. 1